STATE EX REL. Charles
RICHARDSON

v.

STATE of Louisiana

NO. 2015-KH-1139

Supreme Court of Louisiana.

October 10, 2016

Applying For reconsideration of this Court's action dated May 20, 2016, Parish of St. Bernard, 34th Judicial District Court Div. A, No. 337-898; to the Court of Appeal, Fourth Circuit, No. 2015-K-0411

Not considered. See La.S.Ct. Rule IX, § 6.

■

STATE of Louisiana

v.

Leondus LEBLANC

NO. 2016-KK-1838

Supreme Court of Louisiana.

October 13, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Criminal Magistrate Court Orleans Parish, No. F-14359-16; to the Court of Appeal, Fourth Circuit, No. 2016-K-1028; October 13, 2016

Denied.